LARNIE RICHARDSON et al., Respondents, *v.* CANNOLD HOLDING CORP., Appellant and Third-Party Plaintiff-Respondent. MANHATTAN & BRONX ELECTRIC WIRE & CABLE CORP., Third-Party Defendant-Appellant.

Submitted July 14, 1954; decided July 14, 1954.

*Benjamin H. Siff* for motion.

*Leo M. Brimmer* and *Richard Formidoni* for defendant, opposed.

*Bernard Katzen, Harry Schechter* and *William H. Stieglitz* for third-party defendant, opposed.

Motion to dismiss appeal by defendant denied.

Motion to dismiss appeal by third-party defendant denied.